Lillian Hepler, Appellee, v. Glen Morris, Appellant.

Gen. No. 9,302.

Heard in this court at October term, 1941; opinion filed February 24, 1942; rehearing denied May 5, 1942. Ralph Dempsey and P. A. D'Arcy, for appellant; Rae C. Heiple, Wallace J. Black, Kenneth W. Black and J. M. Powers, for appellee. Opinion by PRESIDING JUSTICE HAYES. "Not to be published in full."